✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 23 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>1. Adelmo Niebla-Gonzalez,<br>    (Counts 1-10)<br><br>2. Alberto Niebla-Rios,<br>    (Counts 2-10)<br><br>3. Baldomero Fernandez-Beltran,<br>    (Counts 2-10)<br><br>4. Juan Carlos Juarez-Torres,<br>    (Counts 2-9)<br><br>5. Hector Atalo Gamez-Vidal,<br>    (Counts 2-4)<br><br>6. Josue Alejandro Vizcarra,<br>    (Counts 2-4, 7, 9, and 10)<br><br>7. Jesus Ramon Nunez-Angulo,<br>    (Counts 2-4, 7 and 9)<br><br>8. Jorge Antonio Ceniceros-Roman, and<br>    (Counts 2-5)<br><br>9. Javier Antonio Velasquez-Rios,<br>    (Counts 2-4)<br><br>        Defendants. | CR-15-1211-PHX-SPL (MHB)<br><br>**INDICTMENT**<br><br>VIO:  21 U.S.C. § 848 (a) and (c)<br>(Continuing Criminal Enterprise)<br>(Count 1)<br><br>21 U.S.C. § 963<br>(Conspiracy to Distribute Marijuana, a Controlled Substance, for Unlawful Importation)<br>(Count 2)<br><br>21 U.S.C. § 846<br>(Conspiracy to Distribute Marijuana, a Controlled Substance)<br>(Count 3)<br><br>18 U.S.C. § 1956(h)<br>(Conspiracy to Launder Monetary Instruments)<br>(Count 4)<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2<br>(Possession with Intent to Distribute Marijuana, a Controlled Substance and Aid and Abet)<br>(Count 5)<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii) and 18 U.S.C. § 2<br>(Possession with Intent to Distribute Marijuana, a Controlled Substance and Aid and Abet)<br>(Counts 6-10)<br><br>21 U.S.C. § 853 and<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

## COUNT ONE

### Continuing Criminal Enterprise

From August 2014, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including September 23, 2015, within the District of Arizona and elsewhere, the defendant ADELMO NIEBLA-GONZALEZ, did unlawfully, knowingly, and intentionally engage in a continuing criminal enterprise in that ADELMO NIEBLA-GONZALEZ unlawfully, knowingly and intentionally violated Title 21 United States Code, Sections 963, 959, 960, 846, and 841, which violations include, but are not limited to, the substantive violations alleged in Counts Two and Three, Conspiracy to Distribute Marijuana, a Controlled Substance, for Unlawful Importation, and Conspiracy to Distribute Marijuana, which counts are realleged and incorporated herein by reference as though fully set forth in this Count, and which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21 United States Code, Section 801, *et seq.*, undertaken by defendant, ADELMO NIEBLA-GONZALEZ, in concert with at least five other persons with respect to whom ADELMO NIEBLA-GONZALEZ, occupied a position of organizer, supervisor, and any position of management, and from which such continuing series of violations the defendant obtained substantial income and resources.

All in violation of Title 21, United States Code, Sections 848(a) and (c).

## COUNT TWO

### Conspiracy to Distribute Marijuana for Purposes of Unlawful Importation

From August 2014, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including September 23, 2015, in the countries of the United States, Mexico, and elsewhere, the defendants, ADELMO NIEBLA-

GONZALEZ, ALBERTO NIEBLA-RIOS, BALDOMERO FERNANDEZ-BELTRAN, JUAN CARLOS JUAREZ-TORRES, HECTOR ATALO GAMEZ-VIDAL, JOSUE ALEJANDRO VIZCARRA, JESUS RAMON NUNEZ-ANGULO, JORGE ANTONIO CENICEROS-ROMAN, and JAVIER ANTONIO VELASQUEZ-RIOS, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and other co-conspirators known and unknown to the Grand Jury, to knowingly and intentionally distribute and cause the distribution of 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, intending and knowing that such marijuana would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 960.

All in violation of Title 21, United States Code, Section 963.

## COUNT THREE

### Conspiracy to Distribute and Cause the Distribution of Marijuana

From August 2014, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including September 23, 2015, in the District of Arizona and elsewhere, the defendants, ADELMO NIEBLA-GONZALEZ, ALBERTO NIEBLA-RIOS, BALDOMERO FERNANDEZ-BELTRAN, JUAN CARLOS JUAREZ-TORRES, HECTOR ATALO GAMEZ-VIDAL, JOSUE ALEJANDRO VIZCARRA, JESUS RAMON NUNEZ-ANGULO, JORGE ANTONIO CENICEROS-ROMAN, and JAVIER ANTONIO VELASQUEZ-RIOS, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and other coconspirators known and unknown to the Grand Jury, to commit distribution of a substance containing a detectable amount of marijuana, a Schedule 1 Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

All in violation of Title 21, United States Code, Section 846.

//

//

## COUNT FOUR

### Money Laundering Conspiracy

From August 2014, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including September 23, 2015, in the District of Arizona, the defendants, ADELMO NIEBLA-GONZALEZ, ALBERTO NIEBLA-RIOS, BALDOMERO FERNANDEZ-BELTRAN, JUAN CARLOS JUAREZ-TORRES, HECTOR ATALO GAMEZ-VIDAL, JOSUE ALEJANDRO VIZCARRA, JESUS RAMON NUNEZ-ANGULO, JORGE ANTONIO CENICEROS-ROMAN, and JAVIER ANTONIO VELASQUEZ-RIOS, did knowingly combine, conspire, confederate and agree together, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which in fact involved the proceeds of specified unlawful activity, that is, conspiracy to possess with intent to distribute marijuana in violation of Title 21, United States Code, Sections 848, 963, 960, 959, 846, and 841(a)(1), with the intent to promote the carrying on of said specified unlawful activity, and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT FIVE

### Possession with Intent to Distribute Marijuana

On or about October 30, 2014, in the District of Arizona and elsewhere, the defendants, ADELMO NIEBLA-GONZALEZ, ALBERTO NIEBLA-RIOS, BALDOMERO FERNANDEZ-BELTRAN, JUAN CARLOS JUAREZ-TORRES, and JORGE ANTONIO CENICEROS-ROMAN, and others known and unknown to the Grand Jury, each aiding and abetting the other, did knowingly and intentionally distribute

1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii), and Title 18, United States Code, Section 2.

## COUNT SIX

### Possession with Intent to Distribute Marijuana

On or about November 24, 2014, in the District of Arizona and elsewhere, the defendants, ADELMO NIEBLA-GONZALEZ, ALBERTO NIEBLA-RIOS, BALDOMERO FERNANDEZ-BELTRAN, JUAN CARLOS JUAREZ-TORRES, and others known and unknown to the Grand Jury, each aiding and abetting the other, did knowingly and intentionally distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

## COUNT SEVEN

### Possession with Intent to Distribute Marijuana

On or about December 6, 2014, in the District of Arizona and elsewhere, the defendants, ADELMO NIEBLA-GONZALEZ, ALBERTO NIEBLA-RIOS, BALDOMERO FERNANDEZ-BELTRAN, JUAN CARLOS JUAREZ-TORRES, JOSUE ALEJANDRO VIZCARRA, and JESUS RAMON NUNEZ-ANGULO, and others known and unknown to the Grand Jury, each aiding and abetting the other, did knowingly and intentionally distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

//

//

## COUNT EIGHT

### Possession with Intent to Distribute Marijuana

On or about December 8, 2014, in the District of Arizona and elsewhere, the defendants, ADELMO NIEBLA-GONZALEZ, ALBERTO NIEBLA-RIOS, BALDOMERO FERNANDEZ-BELTRAN, and JUAN CARLOS JUAREZ-TORRES, and others known and unknown to the Grand Jury, each aiding and abetting the other, did knowingly and intentionally distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

## COUNT NINE

### Possession with Intent to Distribute Marijuana

On or about December 10, 2014, in the District of Arizona and elsewhere, the defendants, ADELMO NIEBLA-GONZALEZ, ALBERTO NIEBLA-RIOS, BALDOMERO FERNANDEZ-BELTRAN, JUAN CARLOS JUAREZ-TORRES, JOSUE ALEJANDRO VIZCARRA, and JESUS RAMON NUNEZ-ANGULO, and others known and unknown to the Grand Jury, each aiding and abetting the other, did knowingly and intentionally distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

## COUNT TEN

### Possession with Intent to Distribute Marijuana

On or about June 25, 2015, in the District of Arizona and elsewhere, the defendants, ADELMO NIEBLA-GONZALEZ, ALBERTO NIEBLA-RIOS, BALDOMERO FERNANDEZ-BELTRAN, and JOSUE ALEJANDRO VIZCARRA, and others known and unknown to the Grand Jury, each aiding and abetting the other, did knowingly and

intentionally distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### Controlled Substances Act Violation

Upon conviction of the offenses in violation of Title 21, United States Code, set forth in Counts One through Three and Five through Ten, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853:

(1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations;

(2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations; and

(3) a money judgment representing unlawful proceeds in the amount of $10,000,000.00.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

//
//

**Money Laundering Violation**

The Grand Jury realleges and incorporates the allegation of Count Four of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c) and upon conviction of the offense alleged in Count Four of this Indictment, the defendants so convicted shall forfeit to the United States all right, title, and interest in any and all property, real or personal, involved in such offenses, or any property traceable to such property involved in each offense, or conspiracy to commit such offense, including the following: (a) all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of a statute listed in Title 18, United States Code, Section 982, (b) all other property constituting proceeds obtained as a result of those violations, and (c) all property used in any manner or part to commit or to facilitate the commission of the violation including, but not limited to the sum of money representing the amount of money involved in the offense(s).

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

//

      All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21 United States Code, Section 853, Title 28, United States Code, Section 2461(c) and Rule 32.2, Federal Rules of Criminal Procedure.

                              A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: September 23, 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona


S/
GLENN B. McCORMICK
Assistant U.S. Attorney